# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 0:17-CV-60231-BB

**Plaintiff:**
**KEMAR MCGREGOR SUCCESSOR TO HAMMER MUSIK AND KINGSTON SONGS**

vs.

**Defendant:**
**VP RECORDS; GREENSLEEVES RECORDS LTD.; GREENSLEEVES PUBLISHING LTD.; STB MUSIC INC.; WARNER MUSIC, INC.; WARNER MUSIC; ADA MUSIC UK; ADA MUSIC; AND ROYALTY NETWORK, INC.**

FILED BY ___ D.C.

MAR - 1 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

For:
Kemar McGregor
2312 SW 82nd Terr
N Lauderdale, FL 33068

Received by On Time Legal Services, a Division of OTD on the 1st day of February, 2017 at 8:15 am to be served on **VP Records, 89-05 138th Street, Jamaica, NY 11435**.

I, Manny Bayo, do hereby affirm that on the **20th day of February, 2017** at **1:35 pm**, I:

served a **CORPORATION**, by delivering a true copy of the **Summons in a Civil Action, and Complaint for Copyright Infringement with Exhibits** with the date, hour of service, my initials, and identification # (if applicable) endorsed thereon by me, to: **Narine Harbajan** as **Authorized Agent** for VP Records, at the address of: **89-05 138th Street, Jamaica, NY 11435**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50+, Sex: M, Race/Skin Color: Middle Eastern, Height: 5'9, Weight: 180, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am authorized by law, in the judicial circuit in which the process was served. Under penalty of perjury, I declare I have read the foregoing verified return of service and that the facts stated in it are true.

Manny Bayo
Process Server

On Time Legal Services, a Division of OTD
3000 NE 5th Avenue
Oakland Park, FL 33334
(954) 918-9727

Our Job Serial Number: ABV-2017000327

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i